UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SLEP-TONE ENTERTAINMENT**
**CORPORATION,**

    **Plaintiff,**

v.                                                   **Case No. 8:12-cv-395-T-30EAJ**

**CAROLYN CAMPBELL,** *et al.***,**

    **Defendants.**

_____

## **ORDER**

THIS CAUSE comes before the Court upon Defendant Tiffany Kathleen Jensen's motion to set aside default (Dkt. 60). Upon consideration of the motion, and being otherwise advised of the premises, the Court concludes that the motion should be granted.

A Clerk's Default was entered against Jensen on May 2, 2012 (Dkt. 44). Jensen, who is proceeding in this case *pro se*, argues that during that time she was in negotiations with Plaintiff Slep-Tone Entertainment Corporation with respect to the claims against her, and it was her understanding that Slep-Tone would not seek an entry of judgment against her. Jensen states that Slep-Tone misled her and that she has valid defenses against the allegations of the complaint as they relate to her. Specifically, Jensen denies that the allegations are true.

The Court notes that Slep-Tone did not file any opposition to Jensen's motion to set aside default. And courts generally disfavor default judgments because they prevent disposition of a claim based on the merits. In light of this disfavor and Jensen's argument

that she has a valid defense to Slep-Tone's claims, the Court concludes that the clerk's default should be set aside.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Tiffany Kathleen Jensen's Motion to Set Aside Default (Dkt. 60) is GRANTED.

2. The Clerk's Default entered against Defendant Tiffany Kathleen Jensen is hereby set aside.

3. **Defendant Tiffany Kathleen Jensen shall file a response to the complaint within twenty (20) days of this Order**.

**DONE** and **ORDERED** in Tampa, Florida on September 19, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-395.mtsetaside60.frm