UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SLEP-TONE ENTERTAINMENT CORPORATION,**

    **Plaintiff,**

v.                                                 **Case No. 8:12-cv-395-T-30EAJ**

**CAROLYN CAMPBELL, et al.,**

    **Defendants.**

_____

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Default Judgment (Dkt. 68). The Court, upon consideration of Plaintiff's motion, concludes that the motion should be denied without prejudice.

Plaintiff's motion seeks a default judgment against *pro se* Defendants Shane Whalen and Carolyn Campbell. Plaintiff requests entry of a damage award against each Defendant, a permanent injunction, an order for surrender or seizure and destruction of infringing articles, and an order authorizing and directing the United States Marshals Service to assist in the seizure of the infringing articles if necessary.

Although Plaintiff's motion is well-taken, the certificate of service does not indicate that Whalen and Campbell were served with the motion; specifically, the certificate of service lists service on *pro se* Defendant Tiffany Jensen and Edmund J. Gegan, the attorney for Defendant Jeanne Newton, who appears to be dismissed from this case.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Default Judgment (Dkt. 68) is DENIED without prejudice to Plaintiff to re-file the motion with the correct certificate of service. Specifically, Defendants Shane Whalen and Carolyn Campbell should be served with the motion, so that they may have an opportunity to respond.

**DONE** and **ORDERED** in Tampa, Florida on November 27, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-395.mtdj68.frm